

IN THE
TENTH COURT OF APPEALS

————————————

No. 10-11-00342-CV

IN RE KALINEC TOWING CO., INC. AND
KALINEC LEASING CO., INC.

————————————

Original Proceeding

## MEMORANDUM OPINION

Relators' Petition for Writ of Mandamus was filed on September 6, 2011. By letter dated November 14, 2011, the Court was informed that the parties settled the underlying proceeding and that the relators no longer require a ruling on their petition.

Accordingly, the petition is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed as moot
Opinion delivered and filed December 7, 2011
[OT06]